# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**RONALD SEARS, on behalf of**
**himself and others similarly situated,**

       **Plaintiff,**

**v.**                                   **Case No. 1:18cv73-MW/GRJ**

**CARTER'S PAINTING SERVICES,**
**INC.,**

       **Defendant.**
_____/

## ORDER TO SET SETTLEMENT CONFERENCE

Defendant has filed its response to this Court's Order to Show Cause (ECF No. 10). ECF No. 11. This Court having considered Plaintiff's status report and Defendant's response orders the parties to immediately set the date for their settlement conference with Magistrate Judge Jones. A notice needs to be filed with this Court on or before Friday, July 13, 2018, advising this Court of the date of the settlement conference. In the event the conference has not been set by July 13, this Court shall unilaterally set the settlement conference. This Court will not tolerate silly bickering between the lawyers.

**SO ORDERED on July 10, 2018.**

                                              **s/Mark E. Walker              ____**
                                              **United States District Judge**